IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK BARELA, both individually and as
Personal representative on behalf of
THE ESTATE OF MARTHA BARELA,

    Plaintiff,

v.                                              Case: 1:16-cv-00577-LF-KBM

INTEL CORPORATION and
MINNESOTA LIFE INSURANCE COMPANY,

    Defendant.

## NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Patrick Barela, both individually and as Personal Representative on behalf of the Estate of Martha Barela, by and through his counsel of record THE LAW FIRM OF DAVID C. CHAVEZ, LLC (David C. Chavez, Esq.), and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) hereby files this Notice of Partial Dismissal Without Prejudice as it pertains to Defendant Intel Corporation only.

Counsel for Plaintiff has consulted with counsel for Defendants Intel Corporation and Minnesota Life Insurance Action and has determined that a dismissal of Intel Corporation as a Defendant is appropriate. Plaintiff's First Amended Complaint will be filed, omitting Intel as a Defendant.

                                              Respectfully submitted,
                                              THE LAW FIRM OF DAVID C. CHAVEZ, LLC

                                              By: */s/ David C. Chavez*
                                                  David C. Chavez, Esq.
                                                  Post Office Box 1615
                                                  Los Lunas, New Mexico 87031
                                                  Telephone:  (505) 865-9696
                                                  Fax: (505) 865-4820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2016, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ryan M Walters
rwalters@lrrc.com

Ann Andrews
AAndrews@lrrc.com


*/s/ David C. Chavez*
David C. Chavez, Esq.