UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PATRICK BARELA, both individually
and as Personal representative on behalf of
The Estate of Martha Barela,

    Plaintiff,

v.                                            Case No.  1:16-cv-00577-WJ-KBM

MINNESOTA LIFE INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Stipulation to Dismiss With prejudice brought by the plaintiff Patrick Barela and the defendant Minnesota Life Insurance Company, and the Court having reviewed the Stipulation and being otherwise fully advised, finds that good cause for the Stipulation exists and it should be granted.

**IT IS ORDERED** that all claims brought or that could have been brought in this action between the plaintiff Patrick Barela and the defendant Minnesota Life Insurance Company are dismissed with prejudice. The parties are to bear their own costs.

_____
UNITED STATES DISTRICT COURT JUDGE

85539741_1

- 2 -

**Submitted/Approved by:**

By */s/ Ann-Martha Andrews*
Ann-Martha Andrews
Ryan M. Walters
LEWIS ROCA ROTHGERBER CHRISTIE LLP
*Attorneys for Minnesota Life Insurance Company*
201 Third Street NW, Suite 1950
Albuquerque. NM  87102
Tel: 505-764-5400
Fax: 505-764-5480
aandrews@lrrc.com
rwalters@lrrc.com

By */s/ David D. Chavez (with permission)*
David D. Chavez
THE LAW FIRM OF DAVID C. CHAVEZ, LLC
651 New Mexico Highway 314, SW
Los Lunas, NM 87031
TEL:  505-865-9696
FAX:  505-865-4820

Brian G. Grayson
GRAYSON LAW OFFICE, LLC
4700 Lincoln Road NE, Suite #107
Albuquerque, NM 87199
TEL: 505-273-8570
FAX: 505-214-5007

*Attorneys for Plaintiff*